IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01089-ZLW-MJW

HARWEST INDUSTRIAL MINERALS CORPORATION, a Colorado corporation;
HARRISON WESTERN CONSTRUCTION CORPORATION, a Colorado corporation;
HW PROCESS TECHNOLOGIES, INC., a Colorado corporation; and
ALLAN PROVOST, a Colorado resident.

Plaintiffs,

v.

TWIN CITY FIRE INSURANCE COMPANY, and Indiana Corporation; and
LEXINGTON INSURANCE COMPANY, a Delaware Corporation,

Defendants.

## ORDER
(Docket No. 13)

THIS MATTER, having come before the Court on Plaintiffs' Unopposed Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a), and the Court having read the Motion, being fully apprised, and finding good cause to grant the requested relief,

IT IS HEREBY ORDERED that the Motion is granted. Plaintiffs Amended Complaint and Jury Demand (Docket No. 13-2) is accepted for filing as of the date of This Order.

DONE AND ORDERED this 29th day of September, 2009.

Magistrate Judge Watanabe