IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01089-ZLW-MJW

HARWEST INDUSTRIAL MINERALS CORPORATION, et al,

Plaintiff(s),

v.

TWIN CITY FIRE INSURANCE COMPANY, and
LEXINGTON INSURANCE COMPANY

Defendant(s).

## ORDER (Docket No. 26)

It is hereby ORDERED that Plaintiffs' and Defendant Twin City Fire Insurance Company's Joint Motion to Vacate Settlement Conference, DN 26, filed with the Court on November 24, 2009, is GRANTED. The settlement conference scheduled for December 1, 2009, at 8:00 a.m., is vacated. Plaintiffs shall file a written status report to the Court on or before December 28, 2009, regarding the status of their efforts to schedule a private mediation.

DONE AND ORDERED this 30th day of November, 2009.

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge